## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CHRISTOPHER HUNTER,

        Plaintiff,

v.

Case No. 22-cv-12595

Hon. Terrence G. Berg

SCHOOLCRAFT COLLEGE;
PATRICK STURDY, in his individual
and official capacities; and GLENN
CERNY, in his individual and official
capacities,

        Defendants.

| | |
|---|---|
| SALVATORE PRESCOTT PORTER & PORTER, PLLC | KELLER THOMA, P.C. |
| Jennifer B. Salvatore (P66640) | Gouri G. Sashital (P64628) |
| Jessica Lieberman (P68957) | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | 26555 Evergreen Road, Suite 550 |
| 105 E. Main St. | Southfield, MI 48076 |
| Northville, MI 48167 | T: (313) 965-7610/F: (313) 965-4480 |
| T: (248) 679-8711 | gsr@kellerthoma.com |
| salvatore@spplaw.com | |
| lieberman@spplaw.com | |

## STIPULATED ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES

The parties hereto, by and through their respective counsel, jointly request an extension of discovery and to file dispositive motions, based on good cause set forth below, having made no prior requests of this nature.

    1.    The parties have been working collaboratively on discovery in this matter. Plaintiff produced more than 50 audio recordings, many of which Defendants

wished to have transcribed prior to proceeding with depositions of several key witnesses in this case.  The process was very time-intensive. The parties have also encountered scheduling constraints on the part of counsel, their clients who wished to be present at many of the depositions in this case, and due to witness availability.

2.      The parties will not be able to complete all of the contemplated depositions in the time allowed by the Court's original scheduling order [ECF no. 9].  As a result, the parties agree to an extension of the discovery and dispositive motion deadlines, subject to the Court's approval.

IT IS HEREBY ORDERED that the deadline to complete discovery is extended from Friday, September 15, 2023 until Tuesday, November 14, 2023.

IT IS FURTHER ORDERED that the deadline for dispositive motions to be filed is extended from Friday, October 27, 2023 until Monday, January 15, 2024.

IT IS SO ORDERED.

Dated: September 1, 2023           /s/Terrence G. Berg
                                  TERRENCE G. BERG
                                  UNITED STATES DISTRICT JUDGE


Stipulated and Approved for Entry:

/s/ Jennifer B. Salvatore (P66640)
Attorneys for Plaintiffs

/s/ Gouri G. Sashital (P64628) (*with consent*)
Attorney for Defendants
Dated: August 31, 2023

Prepared by Jennifer B. Salvatore (P66640)