UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Christopher Hunter,

                Plaintiff(s),

v.                                  Case No. 2:22–cv–12595–TGB–DRG
                                          Hon. Terrence G. Berg

Schoolcraft College, et al.,

                Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

        Motion for Leave to File – #12

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Terrence G. Berg **without** oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                            By: s/A Chubb
                                                Case Manager

Dated:  September 7, 2023