# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CHRISTOPHER HUNTER,

    Plaintiff,

v.                                                              Case No. 22-cv-12595

SCHOOLCRAFT COLLEGE;                Hon. Terrence G. Berg
PATRICK STURDY, in his individual and
official capacities; and GLENN CERNY,
in his individual and official capacities,

    Defendant.

---

| SALVATORE PRESCOTT PORTER & PORTER PLLC | KELLER THOMA, P.C. |
|---|---|
| Jennifer B. Salvatore (P66640) | Gouri G. Sashital (P64628) |
| Jessica Lieberman (P68957) | Attorneys for Defendants |
| Attorneys for Plaintiff | 26555 Evergreen Road, Suite 550 |
| 105 East Main Street | Southfield, MI  48076 |
| Northville, MI  48167 | (313) 965-7610/(313) 965-4480 (fax) |
| (248) 679-8711 | gsr@kellerthoma.com |
| salvatore@sppplaw.com | |
| lieberman@sppplaw.com | |

---

## STIPULATED ORDER EXTENDING
## <u>DISPOSITIVE MOTION DEADLINE ONLY</u>

      The parties hereto, by and through their respective counsel, jointly request an extension of the dispositive motion deadline only, based on good cause set forth below.

      1.     The parties have been working collaboratively on discovery in this matter. The parties have completed approximately 12 depositions and have

exchanged thousands of pages of documents. As a result of scheduling delays caused by the availability of Defendant Glenn Cerny and the unavailability of a defense witness due to a medical procedure, the last of the depositions were only recently completed. As a result of information learned in these depositions, Plaintiff has requested additional documents from Defendants.

2.  In addition, the parties are awaiting a decision on Plaintiff's Motion for Leave to Amend his Complaint, which is an important motion for the Court to decide prior to summary judgment briefing.

2.  Subject to the Court's approval, the parties are in agreement that the dispositive motion deadline, currently set for Monday, January 15, 2024, should be extended by two (2) weeks to allow adequate time for the parties to obtain the remaining deposition transcripts and follow-up discovery, which shall be needed to prepare dispositive motions. The additional two (2) weeks will also allow sufficient time for a decision on Plaintiff's Motion for Leave to Amend, which decision may impact the dispositive motion briefing.

IT IS ORDERED that the deadline for dispositive motions to be filed is extended from Monday, January 15, 2024 until Monday, January 29, 2024.

IT IS SO ORDERED.

/s/Terrence G. Berg
Hon. Terrence G. Berg
United States District Judge

Dated:  December 12, 2023

/s/ Jennifer B. Salvatore *(w/consent)*
JENNIFER B. SALVATORE (P66640)
Attorney for Plaintiff

/s/ Gouri G. Sashital
GOURI G. SASHITAL (P64628)
Attorney for Defendant
Dated:   December 12, 2023